UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ZACHARY STEPHEN THOMAS,

       Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:16-mj-00132

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The Court conducted an evidentiary hearing on May 19, 2016, at which defendant was represented by counsel.

For the reasons stated on the record, the Court finds that the government met its burden of establishing that defendant poses a significant risk of flight. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure defendant's appearance. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 20th day of May, 2016.

                              /s/ Phillip J. Green
                            PHILLIP J. GREEN
                            United States Magistrate Judge